KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7102
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIO ROSALES-OROZCO, aka John Alfredo Hernandez and Robert Costa,<br><br>    Defendant. | CR No. 06-0691 CRB<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |

On November 8, 2006, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from November 8, 2006 to November 15, 2006 for effective preparation of counsel, in that defense counsel required adequate time to review and assess additional information relevant to his anticipated change of plea in this case. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of both defense counsel and the United States, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

Stipulation and [Proposed] Order Excluding Time - CR No. 06-0691 CRB    1

1  SO STIPULATED:

3              KEVIN V. RYAN
               United States Attorney

5  DATED: 11/8/06         /S/ Julie A. Arbuckle
                          JULIE A. ARBUCKLE
6                         Assistant United States Attorney

7  DATED: 11/9/06         /S/ Shawn Halbert
                          SHAWN HALBERT
8                         Attorney for Defendant Mario Rosales-Orozco

11     As the Court found on November 8, 2006, and for the reasons stated above, the Court finds
12  that the ends of justice served by the continuance outweigh the best interests of the public and the
13  defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
14  calculations from November 8, 2006 to November 15, 2006 for effective preparation of defense
15  counsel and the United States. See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested
16  continuance would deny counsel reasonable time necessary for effective preparation, taking into
17  account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.
18  §3161(h)(8)(B)(iv).

20  SO ORDERED.

22  DATED: Novmber 16, 2006      _____
                                 Charles R. Breyer
23                               United States District Judge



Stipulation and [Proposed] Order Excluding Time - CR No. 06-0691 CRB                2