KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARIO ROSALES-OROZCO, aka John Alfredo Hernandez and Robert Costa,<br><br>    Defendant. | CR No. 06-0691 CRB<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME |

On November 15, 2006, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from November 15, 2006 to December 6, 2006 on the grounds that defense counsel required adequate time to prepare for a change of plea with her client, that denying a continuance would result in the miscarriage of justice in that defendant has not had adequate time to review the proposed plea agreement with his counsel, and that defense counsel is unavailable for four days during this period.  The parties represented that granting the continuance was the reasonable time necessary, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the

1  public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
2  SO STIPULATED:

4                                     KEVIN V. RYAN
                                   United States Attorney

6  DATED: November 15, 2006          /S/ Julie A. Arbuckle
                                   JULIE A. ARBUCKLE
7                                   Assistant United States Attorney

8  DATED: November 15, 2006          /S/ Shawn Halbert
9                                   SHAWN HALBERT
                                 Attorney for Defendant Mario Rosales-Orozco

12     As the Court found on November 15, 2006, and for the reasons stated above, the Court finds
13  that the ends of justice served by the continuance outweigh the best interests of the public and the
14  defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
15  calculations from November 15, 2006 to December 6, 2006.  See 18 U.S.C. §3161 (h)(8)(A).
16  The failure to grant the requested continuance would deny defense counsel reasonable time
17  necessary for effective preparation, taking into account the exercise of due diligence, and would
18  result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

20  SO ORDERED.

22  DATED:  November 20, 2006
23                                   Charles R. Breyer
                                 United States District

IT IS SO ORDERED
Judge Charles R. Breyer